**Order filed March 18, 2015**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-15-00228-CV

———————————

### S.C. MAXWELL FAMILY PARTNERSHIP, LTD, Appellant

### V.

### THOMAS KENT AND NANCY KENT, Appellees

**On Appeal from the 335th District Court**
**Washington County, Texas**
**Trial Court Cause No. 35517**

## ORDER

This is an appeal from a judgment signed March 5, 2015. A related case was previously filed in the Court of Appeals for the First District of Texas under cause number 01-14-00451-CV.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-15-00228-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers filed in this case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM